**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| XAVIER DORRELL ANDERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 124-090 |
| | * | |
| FRANK BISIGNANO, Commissioner Of Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

On April 22, 2025, the Court granted a reversal and remand pursuant to sentence four of 42 U.S.C. § 405(g) and subsequently awarded Plaintiff $3,100.00 in attorney's fees under the Equal Access to Justice Act ("EAJA"). (Doc. 14, 18.) Because the Administrative Law Judge awarded Plaintiff past due benefits on remand, counsel now moves, pursuant to 42 U.S.C. § 406(b), for attorney's fees in the net amount of $6,248.49, which represents twenty-five percent of the past due benefits awarded to Plaintiff minus the previously-awarded EAJA fees. (Doc. 19); see Jackson v. Comm'r of Soc. Sec., 601 F.3d 1268, 1274 (11th Cir. 2010) (allowing for attorney who receives fees under both the EAJA and § 406(b) to effectuate required refund of the smaller fee by deducting EAJA award from § 406(b) request); Paltan v. Comm'r of Soc. Sec., 518 F. App'x 673, 674 (11th Cir. 2013) (*per curiam*). The Commissioner

"neither supports nor opposes counsel's request for attorney's fees." (Doc. 20, p. 2.)

The Court finds that the total fee requested is reasonable under § 406(b) and that Plaintiff's attorney should be awarded net fees in the amount of $6,248.49, after subtracting the prior EAJA fee award. Accordingly, the Court **GRANTS** Plaintiff's motion for fees under § 406(b), (doc. 19), and awards attorney's fees in the amount of $6,248.49.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of August, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA